IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMETRISS SANTELL POTTS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. <br> 2:16cv518-MHT <br> (WO) |

OPINION AND ORDER

Petitioner has filed a motion for voluntary dismissal of this 28 U.S.C. § 2255 action under Rule 41(a)(2) of the Federal Rules of Civil Procedure.*

Dismissal without prejudice under Rule 41(a)(2) at the request of petitioner is committed to the sound discretion of the district court, although in most cases a dismissal should be granted absent clear legal

---

* On February 21, 2017, Civil Action No. 2:16cv518-MHT and Civil Action No. 2:16cv508-MHT were consolidated. See Order (doc. no. 11). Civil Action No. 2:16cv518-MHT was designated as the lead case, and Civil Action No. 2:16cv508-MHT was closed administratively.

prejudice to defendants. *See McCants v. Ford Motor Company, Inc.*, 781 F.2d 855, 856-57 (11th Cir. 1986). Simple litigation costs, inconvenience to the opposing parties, and the prospect of a second or subsequent lawsuit do not constitute clear legal prejudice. *See id*. at 857.

The court has reviewed the file in this case and determined that respondent has not demonstrated the existence of clear legal prejudice. The court, therefore, concludes this action should be dismissed without prejudice.

***

Accordingly, it is ORDERED that:

(1) Petitioner's motion for voluntary dismissal without prejudice (doc. no. 14) is granted.

(2) This action is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(2).

This case is closed.

DONE, this the 26th day of July, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**